IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.                                              CASE NO.:   99-260-07 (JAF)

KASIM VAZQUEZ-BENITEZ
T/N KASIM ALBERTO VAZQUEZ-BENITEZ
Defendant

* * * * * * * * * * * * * * * * * * * * * * * *

MOTION FOR REVOCATION OF SUPERVISED RELEASE
AND REQUEST FOR A WARRANT

TO THE HONORABLE JOSE A. FUSTE, CHIEF
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

**COMES NOW, Luis O. Encarnación, U.S. Probation Officer** of this Honorable Court, presenting an official report upon the conduct and attitude of supervisee, Kasim Vázquez-Benítez, who on June 5, 2000, was sentenced to thirty seven (37) months of imprisonment and four (4) years of supervised release after having pled guilty of violating Title 21, U.S.C. § 846.  Since his release, Mr. Rivera has incurred in the following violations:

**1. VIOLATION OF STANDARD CONDITION OF SUPERVISION: "The defendant shall not commit another federal, state or local crime."**

On March 17, 2005, the offender was sentenced at the Carolina Superior Court of Puerto Rico to two (2) years of imprisonment after he pled guilty of violating Article 275, Reclassified to Article 241 to be served concurrently with the sentence imposed in criminal case number FPD2004GO773.  In the latter case, the offender pled guilty of violating  Article 166, Reclassified to Article 168.  The offender is currently incarcerated at the Bayamón Penitentiary.

**2. VIOLATION OF SUPERVISED RELEASE CONDITION NO. 11:** "**The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer**".

The offender failed to report as required that he was arrested at Sears, Plaza Carolina Mall on July 26, 2004.

**WHEREFORE,** I declare under penalty of perjury that the foregoing is true and correct. Unless ruled otherwise, it is respectfully requested that a warrant for his arrest be issued and lodged as a detainer, so that later he may be brought before this Court to show cause why his supervised released term should not be revoked. Thereupon, that he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 20th day of July 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Luis O. Encarnación
Luis O. Encarnación
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 281-4984
Fax: (787) 766-5945
E-mail: luis_encarnacion@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which send notification of such filing to the following: Mr. Humbert S. García, U.S. Attorney, and Joseph Laws, Federal Public Defender.

At San Juan, Puerto Rico, July 20th, 2005.

s/Luis O. Encarnación<br>
Luis O. Encarnación<br>
U.S. Probation Officer<br>
Federal Office Building<br>
Office 400<br>
150 Carlos Chardón Avenue<br>
San Juan, PR 00918-1741<br>
Telephone: (787) 281-4984<br>
Fax: (787) 766-5945<br>
E-mail: luis_encarnacion@prp.uscourts.gov