AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

**UNITED STATES OF AMERICA,**                          **APPEARANCE**

      Plaintiff,

      v.                                                                                          CRIM. NO. 99-260(JAF)

**JUAN MAYSONET-RAIMER**
**JORGE RIVERA-RAIMER**
**MARIA RAIMER-HERNANDEZ**
**MARITZA MIRANDA-GARCIA**
**RICARDO GONZALEZ-CARABALLO**
**OMALWIN VAZQUEZ-BENITEZ**
**KASIM VAZQUEZ-BENITEZ**

      Defendants.

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for the United States of America.

 07/29/2005 
Date

                                                   S/George A. Massucco
                                                   Signature

                                                   Torre Chardon Bldg, Room 1201, 350 Chardon Ave.
                                                   Address

                                                   Hato Rey, Puerto Rico 00918
                                                   City

                                                   (787) 766-5656
                                                   Phone Number

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Luz M. Rios-Rosario, Esq. and Thomas R. Lincoln-San-Juan, Esq.**

      In San Juan, Puerto Rico, this 29th day of July 2005.