UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                            Time: 2 minutes

HONORABLE JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: JYOTI MEHTA-LOPEZ        DATE: 05/23/06

COURT REPORTER: N/A                        CASE NO: 99-0260 (JAF)

===================================================================

UNITED STATES OF AMERICA

Plaintiff

vs.

7- KASIM VAZQUEZ-BENITEZ

Defendant
===================================================================

**INITIAL APPEARANCE ON ARREST WARRANT.**

Defendant was brought before Chief Magistrate Judge Justo Arenas by the U.S. Marshals upon an arrest warrant issued on August 16, 2005 by order of Chief Judge José A. Fusté for violation of his supervised release conditions.

Defendant was advised that a Preliminary on Revocation Hearing is set for **May 25, 2006 at 9:00 A.M.** before Chief Magistrate Judge Justo Arenas.

Defendant is ordered committed pending hearing. The Federal Public Defender will represent defendant.

                                            S/ Jyoti Mehta-López
                                            Deputy Clerk