## UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF __PUERTO RICO__

2005 SEP 13 AM 10: 05

USM-PUERTO RICO
FUGITIVE TASK FORCE

**UNITED STATES OF AMERICA**

VS.

Kasim Vazquez-Benitez
Bayamon Penitentiary

To:   The United States Marshal
and any Authorized United States Officer

### WARRANT FOR ARREST

CASE NUMBER: CR. 99-260-7 (JAF)

RECEIVED & FILED
2006 MAY 25 PM 3:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**YOU ARE HEREBY COMMANDED** to arrest **KASIM VAZQUEZ-BENITEZ**
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of court      [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS
                           OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

in violation of Title ___-------___ United States Code, Section(s) ___-------___

| | |
|---|---|
| JOSE A. FUSTE | U.S. DISTRICT JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| REBECCA AGOSTINI-VIANA | AUGUST 16TH, 2005, HATO REY, PUERTO RICO |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ ----------NO BAIL--------------   By REBECCA AGOSTINI VIANA
                                                    Name of Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-13-05 | Carlos Otero | [signature] |
| DATE OF ARREST | | |
| 5-23-06 | | |