# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**                          Time: 1 minutes

**HONORABLE CHIEF MAG. JUDGE JUSTO ARENAS**      **DATE: May 25, 2006**

**COURTROOM DEPUTY: JYOTI MEHTA-LOPEZ**          **CR. NO. 99-0260 (JAF)**

**COURT REPORTER: FTR**                          Probation Officer: Luis Encarnación

**INT: HILDA GUTIERREZ**

=====================================================================

Attorneys:

UNITED STATES OF AMERICA                         AUSA G. ANDREW MASSUCCO

vs.

7- KASIM VAZQUEZ-BENITEZ                         AFPD HECTOR RAMOS

=====================================================================

**CASE CALLED FOR PRELIMINARY HEARING ON SUPERVISED RELEASE.**

Defense counsel informed the Court that his client will not contest the allegations contained in the Probation Officer motion.

The Court entered its findings as to probable cause that defendant violated his supervised release.

Case referred to Chief Judge Fusté for final revocation hearing and resentencing. Defendant shall remain detained.

s/ Jyoti Mehta-López
Courtroom Deputy Clerk