✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

**JUDICIAL**                District of                **PUERTO RICO**

UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**
**V.** | (For **Revocation** of Probation or Supervised Release)

**7- KASIM VAZQUEZ-BENITEZ**

Case Number:     **99-CR-260-7 (JAF)**

USM Number:     **19091-069**

Hector Ramos, AFPD
Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to violation of condition(s)  Standard #1 and  Special #11   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #1 | Defendant was sentenced to 2 years of imprisonment at the Carolina Superior Court after pleading guilty to Article 166. | 5/24/06 |
| Special Condition #11 | Defendant failed to report that he was arrested at Sears, Plaza Carolina Mall on 7/26/06 | 5/24/06 |

    The defendant is sentenced as provided in pages 2 through _____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 14, 2006
Date of Imposition of Judgment

S/ JOSE A. FUSTE
Signature of Judge

JOSE A. FUSTE, CHIEF, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

June 14, 2006
Date

A/cs: 2USM, 1 MDC
S/cs: USM
E-mail: PTS, PO & FC
Dft thru USM

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

DEFENDANT:        KASIM VAZQUEZ-BENITEZ                    Judgment — Page _____ of _____
CASE NUMBER:      99-CR-260-7 (JAF)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : __SIX (6) MONTHS__

☐    The court makes the following recommendations to the Bureau of Prisons:

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at    _____    ☐ a.m.    ☐ p.m.    on    _____  .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on    _____  .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on    _____    to    _____

a    _____    with a certified copy of this judgment.

_____
                                    UNITED STATES MARSHAL

By    _____
                              DEPUTY UNITED STATES MARSHAL